Sheehan & Associates, P.C.  ern Blvd Ste 311, Great Neck NY 11021-5101
spencer@spencersheehan.com   tel. 516.303.0552      fax 516.234.7800

> Application granted. Plaintiff's time to file proof of service or a waiver of service extended to 8/5/2020.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: New York, New York
>         July 7, 2020

July 6, 2020

District Judge Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl St
New York NY 10007-1312

Re:   7:20-cv-02823-PMH
      Ali et al v. All Market, Inc.

Dear District Judge Halpern:

      This office represents the plaintiff. In accordance with your Honor's Individual Practices in Civil Cases, plaintiff requests an extension of time to prove service or file a waiver of service.

      The original date by which service is required to be proved to the Court is Monday, July 6, 2020. Fed. R. Civ. P. 4(m) (allowing 90 days for defendant to be served); Fed. R. Civ. P. 6(a)(1)(A)-(B) (excluding the date triggering the period and counting intermediate weekends). Plaintiff requests an extension of 30 days until Wednesday, August 5, 2020.

      Plaintiff's counsel has been in contact with defendant's counsel and both parties expect this action will be voluntarily dismissed. However, if it is not voluntarily dismissed, plaintiff will file a waiver of service by Wednesday, August 5, 2020. There have been no previous requests for an extension of time to complete service. Thank you.

      Respectfully submitted,

      /s/Spencer Sheehan
      Spencer Sheehan